■ In the Matter of the Construction of the Will of JOHN JAY, Deceased. FRANCES JAY et al., as Ancillary Executors of MARY R. JAY, Deceased, Appellants; IRVING TRUST COMPANY et al., as Trustees under the Will of JOHN JAY, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Botein, Cox and Rabin, JJ. [See *ante*, p. 661.]

■ METROPOLITAN CONVOY CORPORATION v. CITY OF NEW YORK et al.— Motion for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ. [See *ante*, p. 667.]

■ THE PEOPLE OF THE STATE OF NEW YORK v. ARMANDO NEGRON and JOSEPH CRUZ.— Motion for reargument denied. Concur — Peck, P. J., Breitel, Bastow, Rabin and Cox, JJ. [See 282 App. Div. 669.]

■ PLAYTOWN PRODUCTS, INC., v. IDEAL TOY CORPORATION.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ. [See 286 App. Div. 1084.]

■ EVA RADULESCO et al., Respondents, v. CENTA WOLFF et al., Defendants, and CENTA WOLFF, Appellant.— Application denied, with $10 costs, and stay vacated. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ AIR MUSIC, INC., v. BREVOORT REST, INC.— Application denied, with $10 costs, and stay vacated. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ ANTHONY B. DANIELS v. COLEPORT FABRICS, INC.— Application denied, with $10 costs, and stay vacated. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ AUGUSTA SUSS v. UNITED SILK WEAVERS CORP.— Application denied, with $10 costs, and stay vacated. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ PETER HABERKORN v. P. LORILLARD COMPANY.— Motion to dismiss appeal granted. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

## SECOND DEPARTMENT, JANUARY, 1956

## (January 9, 1956)

■ ADA BROOKS et al., Respondents, v. GRACE LINES, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ COLONIAL REALTY CO., INC., Respondent, v. VINCENT CARISTO, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ JANETT K. EDWARDS, an Infant, by Her Guardian ad Litem, WILLIE M. EDWARDS, et al., Appellants, v. MILDRED KUSHNER, Respondent.— Motion to dismiss appeal denied, without costs, with leave to renew the motion, if so advised, on the argument of the appeal. The motion to serve and file, *nunc pro tunc*, amended notice of appeal, will be treated as a motion to amend the notice of appeal by substituting the word "judgment" for the word "decision." Motion granted. (*Rosenberg* v. *General Realty Service*, 259 N. Y. 123, 125.) Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.